UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY /b̸ D.C.

05 MAY 20 PM 4: 41

ROBERT R. DI TROLIO
CLERK, US DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CIVIL CASE |
| v. | |
| STEPHEN MITCHELL | CASE NO: 03-2753-D |

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Denying Motion Under 28 U.S.C. § 2255 entered on March 28, 2005, this cause is hereby dismissed.

APPROVED:

_(signature)_
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

May 19, 2005
Date

ROBERT R. DI TROLIO
Clerk of Court

_(signature)_
(By)   Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-23-05

(17)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:03-CV-02753 was distributed by fax, mail, or direct printing on May 23, 2005 to the parties listed.

---

Stephen Murray Mitchell
FCI- Memphis
17112-076
Memphis, TN 38184

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT